

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-18-00458-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR171326
Honorable Susan Harris, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

The Court has considered the Appellant's Motion for En Banc Reconsideration and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court